# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| THOMAS R. MELTON | § | Case Number: 17-81301 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on  March 21   , 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Elwin Neal
105 West Third Street
Sterling, IL 61081

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

  /s/ Marti Maravich  

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Alltran
P.O. Box 610
Sauk Rapids, MN 56379-0610

Amazon.com Storecard
P.O. Box 960013
Orlando, FL 32896-0013

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Blatt, Hasenmiller, Leibsker & Moor
10 S La Salle St Ste 2200
Chicago, IL 60603-1069

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090-6017

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

Carecredit/Syn. Bk
PO Box 960061
Orlando, FL 32896-0061

D and A Services
1400 East Touhy Avenue, Ste. G2
Des Plaines, IL 60018-3338

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870

Freshview ( Prosper)
6300 S. Sycamore Way, Ste 2200
Englewood, CO 80111

Frontline Asset
2700 Snelling Ave North, Ste 258
Saint Paul, MN 55113-1783

Gateway Surgery Center
600 S. Cliff Avenue, Ste 106
Sioux Falls, SD 57104-5355

Global Credit and Collection Group
5440 North Cumberland Ave, Ste 300
Chicago, IL 60656-1486

HEIGHTS FINANCE CORP
3401 W BROADWAY BUSINESS PK CT
STE 113
COLUMBIA, MO 65203-0392

Kohl's Payment Center
PO Box 2983
Milwaukee, WI 53201-2983

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Lending Club Corp
71 Stevenson
San Francisco, CA 94105-2985

Lvnv Funding Llc
C/o Resurgent Capital Services
Greenville, SC 29603

Mandarich Law Group
420 N. Wabash Ave, Ste 400
Chicago, IL 60611-3542

Menards
P.o.Box 15521
Wilmington, DE 19850-5521

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Morrison Community Hospital
303 N Jackson St
Morrison, IL 61270-3099

Northland
P.O. Box 390900
Minneapolis, MN 55439-0990

Prosper Marketplace In
101 2nd St Fl 15
San Francisco, CA 94105-3672

QUAD CORPORATION
PO BOX 2020
DAVENPORT, IA 52809-2020

Qualified Management Services
2821 S. Parker Road, Ste 305
Aurora, CO 80014-2748

RPM
20816 44th Ave W
Lynnwood, WA 98036-7799

Ria Federal Credit Uni
Bldg 61 Rock Island Arse
Rock Island, IL 61299-0001

Stoneleigh
P.O. Box 1118
Charlotte, NC 28201-1118

Syncb/amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

Syncb/paypal Smart Con
Po Box 965005
Orlando, FL 32896-5005

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Target
P.O. Box 660170
Dallas, TX 75266-0170

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Triumph Community Bank
852 Middle Rd Ste 101
Bettendorf, IA 52722-4195

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301-7441

Thomas Ray Melton
613 Greenwood Drive
Morrison, IL 61270-2202