# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MELTON, THOMAS RAY           § Case No. 17-81301
                                    §
                                    §
Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $9,080.00                  Assets Exempt: $23,480.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,329.37    Claims Discharged
                                              Without Payment: $43,686.32

Total Expenses of Administration: $2,670.63

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,341.26 | 5,341.26 | 2,670.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,100.00 | 46,015.69 | 46,015.69 | 2,329.37 |
| **TOTAL DISBURSEMENTS** | $7,100.00 | $51,356.95 | $51,356.95 | $5,000.00 |

4) This case was originally filed under Chapter 7 on May 31, 2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2018        By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 613 Greenwood Drive, Morrison, IL 61270-0000, Wh | 1110-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 0.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 62.63 | 62.63 | 0.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,358.00 | 1,358.00 | 0.00 |
| Trustee Expenses - Joseph D. Olsen | 2200-000 | N/A | 62.63 | 62.63 | 62.63 |
| Trustee Compensation - Attorney Joseph D Olsen | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - 3110-000 Attorney Joseph D Olsen | N/A | 1,358.00 | 1,358.00 | 1,358.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $5,341.26 | $5,341.26 | $2,670.63 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,331.06 | 2,331.06 | 118.01 |
| 2 | TD Bank, USA | 7100-000 | N/A | 2,493.24 | 2,493.24 | 126.21 |
| 3 | Capital One, N.A. | 7100-000 | N/A | 1,138.48 | 1,138.48 | 57.63 |
| 4 | LVNV Funding, LLC assignee of LendingClub Corporat | 7100-000 | N/A | 9,056.44 | 9,056.44 | 458.45 |
| 5 | U.S. Bank National Association | 7100-000 | N/A | 1,880.46 | 1,880.46 | 95.19 |
| 6 | Advanced Radiology | 7100-000 | N/A | 210.46 | 210.46 | 10.65 |
| 7 | Midland Funding, LLC | 7100-000 | N/A | 1,046.95 | 1,046.95 | 53.00 |
| 8 | Midland Funding, LLC | 7100-000 | 2,552.00 | 2,552.24 | 2,552.24 | 129.20 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 767.48 | 767.48 | 38.85 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,669.91 | 2,669.91 | 135.15 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,849.60 | 1,849.60 | 93.63 |
| 12 -2 | Midland Funding, LLC | 7100-000 | 4,548.00 | 4,316.42 | 4,316.42 | 218.50 |
| 13 | CACH, LLC its successors and assigns as assignee | 7100-000 | N/A | 14,017.01 | 14,017.01 | 709.56 |

**UST Form 101-7-TDR (10/1/2010)**

| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,685.94 | 1,685.94 | 85.34 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,100.00 | $46,015.69 | $46,015.69 | $2,329.37 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81301  
**Case Name:** MELTON, THOMAS RAY  

**Period Ending:** 05/10/18

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/31/17 (f)  
**§341(a) Meeting Date:** 07/13/17  
**Claims Bar Date:** 11/03/17

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 613 Greenwood Drive, Morrison, IL 61270-0000, Wh  Orig. Asset Memo: Imported from original petition Doc# 1 | 135,000.00 | 17,380.00 | | 5,000.00 | FA |
| 2 | Checking: an 211 West Main Street Morrison, Illi  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings, including but n  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 600.00 | | 0.00 | FA |
| 4 | 401 (k): Wells Fargo Retirement  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,680.00 | 0.00 | | 0.00 | FA |
| 5 | 2003 Civic Honda, 173000 miles. Entire property  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 6 | 2005 Honda Odyessy, 130000 miles. Entire propert  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1999 GMC Sierra, 92000 miles, Vehicle in very ro  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$144,080.00** | **$17,980.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Conducted first meeting of creditors, determined there may have been a fraudulent conveyance involving the Debtor's residence to his non-filing spouse prepetition, filed a motion to compromise that issue with the court which will be heard in 2018. Anticipate final report no later than June 30, 2018.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2018        **Current Projected Date Of Final Report (TFR):**     March 20, 2018  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-81301  
**Case Name:** MELTON, THOMAS RAY  

**Taxpayer ID #:** **-***3543  
**Period Ending:** 05/10/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1466 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/18 | {1} | Thomas Melton | per offer in compromise | 1110-000 | 5,000.00 | | 5,000.00 |
| 04/17/18 | 101 | Joseph D. Olsen | Trustee's expenses allowed per 4/16/2018 Court Order (Doc 36) | 2200-000 | | 62.63 | 4,937.37 |
| 04/17/18 | 102 | Attorney Joseph D Olsen | Trustee's compensation allowed per 04/16/2018 court order (Doc 36) | 2100-000 | | 1,250.00 | 3,687.37 |
| 04/17/18 | 103 | Attorney Joseph D Olsen | Attorney for Trustee compensation awarded per 04/16/2018 court order (Doc 36) | 3110-000 | | 1,358.00 | 2,329.37 |
| 04/17/18 | 104 | Discover Bank | Check for Claim No. 1 | 7100-000 | | 118.01 | 2,211.36 |
| 04/17/18 | 105 | TD Bank, USA | Check for Claim No. 2 | 7100-000 | | 126.21 | 2,085.15 |
| 04/17/18 | 106 | Capital One, N.A. | Check for Claim No. 3 | 7100-000 | | 57.63 | 2,027.52 |
| 04/17/18 | 107 | LVNV Funding, LLC assignee of LendingClub Corporat | Check for Claim No. 4 | 7100-000 | | 458.45 | 1,569.07 |
| 04/17/18 | 108 | U.S. Bank National Association | Check for Claim No. 5 | 7100-000 | | 95.19 | 1,473.88 |
| 04/17/18 | 109 | Advanced Radiology | Check for Claim No. 6 | 7100-000 | | 10.65 | 1,463.23 |
| 04/17/18 | 110 | Midland Funding, LLC | Check for Claim No. 7 | 7100-000 | | 53.00 | 1,410.23 |
| 04/17/18 | 111 | Midland Funding, LLC | Check for Claim No. 8 | 7100-000 | | 129.20 | 1,281.03 |
| 04/17/18 | 112 | Bureaus Investment Group Portfolio No 15 LLC | Check for Claim No. 9 | 7100-000 | | 38.85 | 1,242.18 |
| 04/17/18 | 113 | Capital One Bank (USA), N.A. | Check for Claim No. 10 | 7100-000 | | 135.15 | 1,107.03 |
| 04/17/18 | 114 | Capital One Bank (USA), N.A. | Check for Claim No. 11 | 7100-000 | | 93.63 | 1,013.40 |
| 04/17/18 | 115 | Midland Funding, LLC | Check for Claim No. 12-2 | 7100-000 | | 218.50 | 794.90 |
| 04/17/18 | 116 | CACH, LLC its successors and assigns as assignee | Check for Claim No. 13 | 7100-000 | | 709.56 | 85.34 |
| 04/17/18 | 117 | Portfolio Recovery Associates, LLC | Check for Claim No. 14 | 7100-000 | | 85.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

{} Asset reference(s)

Printed: 05/10/2018 10:52 AM   V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-81301  
**Case Name:** MELTON, THOMAS RAY  

**Taxpayer ID #:** **-***3543  
**Period Ending:** 05/10/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 5,000.00 | | | | | |
| | | Net Estate : $5,000.00 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******1466 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |